MICHAEL TOOMEY, Respondent, *v.* THE DELAWARE, LACKA-WANNA AND WESTERN RAILROAD COMPANY, Appellant.

Reported below, 4 Misc. Rep. 392.
(Submitted October 9, 1895; decided October 29, 1895.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made July 6, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also an order denying defendant's motion for a new trial.

*Hamilton Odell* for appellant.

*J. Aspinwall Hodge, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.